UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEVIN J. HRIM and MARYBETH HRIM

        Plaintiffs,

    v.

HOMECOMINGS FINANCIAL, LLC; HOMECOMINGS FINANCIAL NETWORK, INC.; PROFESSIONAL MORTGAGE BROKERS, INC. DBA VINTAGE MORTGAGE GROUP; LAURA E. RANEY; ROSLYN ROGERS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-20 inclusive,

        Defendants.

No. 2:09-cv-02188-MCE-KJM

MEMORANDUM AND ORDER

----oo0oo----

This action arises out of a mortgage loan transaction in which Plaintiffs Kevin J. Hrim and Marybeth Hrim ("Plaintiffs") financed their home in 2005. Presently before the Court is a Motion by Defendants Homecomings Financial, LLC f/k/a Homecomings Financial Network, Inc. and Mortgage Electronic Registration Systems, Inc. ("Defendants") to Dismiss Plaintiffs' First Amended Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

1

Concurrently, Defendants Professional Mortgage Brokers, Inc. dba Vintage Mortgage Group, Laura Raney, and Roslyn Rodgers (also "Defendants") have similarly moved to dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiffs have failed to timely file an opposition to either Motion.[1]

Pursuant to Local Rule 230(c), opposition to a motion must be filed not less than fourteen (14) days prior to the date of the hearing. The date of the hearings was set for January 28, 2010. Fourteen (14) days prior to the hearings was January 14, 2010. No opposition was filed as required.

In light of the fact that no opposition was filed by Plaintiffs in response to either Motion, Defendants' Motions to Dismiss (Docket Nos. 34 and 36) are GRANTED with leave to amend.

As a result of the failure to respond to this Motion, within ten (10) days from the date this order is electronically filed, Plaintiff's counsel shall either (1) personally pay sanctions in the amount of $250.00 to the Clerk of the Court or (2) show good cause for the failure to comply with Local Rule 230 (c).

///
///
///
///
///
///

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 230(g).

Plaintiffs may file an amended complaint not later than twenty (20) days after the date this Memorandum and Order is filed electronically. If no amended complaint is filed within said twenty (20)-day period, without further notice, Plaintiffs' claims will be dismissed without leave to amend.

IT IS SO ORDERED.

Dated: January 29, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE