IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN J. HRIM, et al., | |
| Plaintiffs, | No. 2:09-cv-02188 MCE KJN |
| v. | ORDER |
| HOMECOMINGS FINANCIAL NETWORK, INC., et al. | |
| Defendants. | |

The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455(b). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

DATED: April 2, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1